**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SAMUEL T. ROSS,                    :    No. 124 MM 2022
                                   :
                    Petitioner     :
                                   :
                                   :
                                   :
          v.                       :
                                   :
                                   :
COURT OF COMMON PLEAS OF           :
MONTGOMERY COUNTY,                 :
PENNSYLVANIA,                      :
                                   :
                    Respondent     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.